| Form 668(Z)CM (Rev. Aug. 1995) | DEPARTMENT OF FINANCE – DIVISION OF REVENUE AND TAXATION COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS CERTIFICATE OF RELEASE OF CNMI TAX LIEN |
|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Saipan | 200100417 / 418 | APR 25 2008 FILED Clerk District Court For The Northern Mariana Islands FILE NO. 08-765 By _____ (Deputy Clerk) Date: 4/25/08 Time: 10:18 Book: 14 Page: 101 Commonwealth Recorder |

I certify that as to the following-named taxpayer, the requirements of §6325(a) of the NMTIT and/or §1811 and §1818 of 4CMC, and §2210.5 of the Revenue and Tax Regulations have been satisfied for the taxes listed below and for all statutory additions, penalties, or both. Therefore, the lien for these taxes and additions has been released.

Name of Taxpayer
**Sablan Construction Company, Ltd.**

Residence
**P.O. Box 501430, SAIPAN, MP 96950**

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 3/31/1996 | 98-6018599 | 12/23/1997 | | 3,687.09 |
| OS-3105G | 6/30/1996 | 98-6018599 | 12/23/1997 | | 59,374.42 |
| OS-3105G | 9/30/1996 | 98-6018599 | 12/23/1997 | | 56,703.79 |
| OS-3105G | 12/31/1996 | 98-6018599 | 12/23/1997 | | 215,555.55 |
| OS-3105G | 3/31/1997 | 98-6018599 | 12/23/1997 | | 194,599.56 |
| OS-3105G | 6/30/1997 | 98-6018599 | 12/23/1997 | | 137,215.03 |
| OS-3105G | 9/30/1997 | 98-6018599 | 12/23/1997 | | 137,013.38 |
| OS-3105G | 12/31/1997 | 98-6018599 | 10/06/1998 | | 120,956.19 |
| OS-3105G | 3/31/1998 | 98-6018599 | 6/03/1998 | | 98,766.75 |
| OS-3105G | 6/30/1998 | 98-6018599 | 9/23/1998 | | 138,795.21 |
| OS-3105G | 9/30/1998 | 98-6018599 | 12/10/1998 | | 119,762.59 |
| OS-3105G | 12/31/1998 | 98-6018599 | 6/15/2001 | | 26,717.29 |
| OS-3105G | 3/31/2000 | 98-6018599 | 6/03/2000 | | 88,943.06 |
| OS-3105G | 6/30/2000 | 98-6018599 | 8/31/2000 | | 67,224.06 |
| OS-3105G | 9/30/2000 | 98-6018599 | 12/06/2000 | | 64,815.81 |
| OS-3105G | 12/31/2000 | 98-6018599 | 2/14/2001 | | 90,424.24 |
| OS-3105G | 3/31/2001 | 98-6018599 | 5/11/2001 | | 29,852.02 |
| OS-3105G | 6/30/2001 | 98-6018599 | 8/29/2001 | | 33,186.57 |
| OS-3900 | 7/31/1998 | 98-6018599 | 3/27/1999 | | 10.99 |
| OS-3900 | 1/31/1999 | 98-6018599 | 6/15/2001 | | 10.78 |
| OS-3900 | 2/28/1999 | 98-6018599 | 6/15/2001 | | 6.39 |
| OS-3900 | 3/31/1999 | 98-6018599 | 6/15/2001 | | 10.05 |
| OS-3900 | 7/31/1999 | 98-6018599 | 6/15/2001 | 7/15/2011 | 10.67 |
| OS-3900 | 9/30/1999 | 98-6018599 | 6/15/2001 | 7/15/2011 | 3.08 |
| OS-3900 | 10/31/1999 | 98-6018599 | 6/15/2001 | 7/15/2011 | 7.25 |
| OS-3900 | 11/30/1999 | 98-6018599 | 6/15/2001 | 7/15/2011 | 4.35 |
| OS-3900 | 12/31/1999 | 98-6018599 | 6/15/2001 | 7/15/2011 | 2.77 |
| OS-3900 | 1/31/2000 | 98-6018599 | 6/15/2001 | 7/15/2011 | 8.81 |
| OS-3900 | 2/29/2000 | 98-6018599 | 8/31/2000 | 9/30/2010 | 28.36 |
| OS-3900 | 4/30/2000 | 98-6018599 | 6/15/2001 | 7/15/2011 | 3.44 |

| Place of Filing | - CNMI Superior Court - US District Court | Total | **CONTINUE NEXT PAGE** |
|---|---|---|---|

This certificate was prepared and signed at **Division of Revenue and Taxation**, on this, the **11th** day of March 20**08**.

| Signature Eloy S. Inos | Title Secretary of Finance |
|---|---|

| Form 668(Z)CM (Rev. Aug. 1995) | DEPARTMENT OF FINANCE – DIVISION OF REVENUE AND TAXATION **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** **CERTIFICATE OF RELEASE OF CNMI TAX LIEN** |
|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Saipan | 200100417 / 418 | |

I certify that as to the following-named taxpayer, the requirements of §6325(a) of the NMTIT and/or §1811 and §1818 of 4CMC, and §2210.5 of the Revenue and Tax Regulations have been satisfied for the taxes listed below and for all statutory additions, penalties, or both. Therefore, the lien for these taxes and additions has been released.

**Name of Taxpayer**
Sablan Construction Company, Ltd.

**Residence**
P.O. Box 501430, SAIPAN, MP 96950

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 3705-F | 9/30/1996 | 98-6018599 | 12/23/1997 | 1/22/2008 | 2,408.55 |
| 3705-F | 12/31/1996 | 98-6018599 | 12/23/1997 | 1/22/2008 | 5,826.08 |
| 3705-F | 3/31/1997 | 98-6018599 | 12/23/1997 | 1/22/2008 | 5,150.72 |
| 3705-F | 9/30/1997 | 98-6018599 | 12/23/1997 | 1/22/2008 | 3,167.91 |
| 3705-F | 12/31/1997 | 98-6018599 | 3/10/1998 | 4/09/2008 | 4,538.27 |
| 3705-F | 6/30/1998 | 98-6018599 | 9/23/1998 | 10/23/2008 | 3,093.30 |
| 3705-F | 9/30/1998 | 98-6018599 | 12/10/1998 | 1/09/2009 | 3,172.05 |
| 3705-F | 3/31/2000 | 98-6018599 | 5/08/2000 | 6/07/2010 | 15,260.34 |
| 3705-F | 6/30/2000 | 98-6018599 | 8/22/2000 | 9/21/2010 | 5,511.00 |
| 3705-F | 9/30/2000 | 98-6018599 | 1/08/2001 | 2/07/2011 | 16,083.34 |
| 3705-F | 12/31/2000 | 98-6018599 | 2/14/2001 | 3/16/2011 | 14,562.02 |
| 3705-F | 3/31/2001 | 98-6018599 | 7/30/2001 | 8/29/2011 | 12,064.00 |
| 3705-F | 6/30/2001 | 98-6018599 | 9/05/2001 | 10/05/2011 | 12,791.99 |
| 3705-L | 9/30/1996 | 98-6018599 | | | 50,482.01 |
| 3705-F | 6/30/1997 | 98-6018599 | | | 4,311.57 |
| 3705-L | 3/31/2001 | 98-6018599 | | | 26,100.84 |
| 3705-L | 12/31/1996 | 98-6018599 | 12/23/1997 | 1/22/2008 | 79,884.45 |
| 3705-L | 3/31/1997 | 98-6018599 | 12/23/1997 | 1/22/2008 | 51,149.87 |
| 3705-L | 6/30/1997 | 98-6018599 | 12/23/1997 | 1/22/2008 | 38,462.52 |
| 3705-L | 9/30/1997 | 98-6018599 | 12/23/1997 | 1/22/2008 | 21,715.81 |
| 3705-L | 12/31/1997 | 98-6018599 | 3/10/1998 | 4/09/2008 | 45,016.15 |
| 3705-L | 6/30/1998 | 98-6018599 | 9/23/1998 | 10/23/2008 | 23,241.00 |
| 3705-L | 9/30/1998 | 98-6018599 | 12/10/1998 | 1/09/2009 | 23,053.39 |
| 3705-L | 3/31/2000 | 98-6018599 | 5/08/2000 | 6/07/2010 | 64,188.78 |
| 3705-L | 6/30/2000 | 98-6018599 | 8/22/2000 | 9/21/2010 | 22,552.71 |
| 3705-L | 9/30/2000 | 98-6018599 | 1/08/2001 | 2/07/2011 | 44,249.84 |
| 3705-L | 12/31/2000 | 98-6018599 | 2/14/2001 | 3/16/2011 | 31,303.97 |
| 3705-L | 6/30/2001 | 98-6018599 | 9/05/2001 | 10/05/2011 | 21,182.78 |

| Place of Filing | - CNMI Superior Court<br>- US District Court | Total | 2,334,224.81 |
|---|---|---|---|

This certificate was prepared and signed at <u>Division of Revenue and Taxation</u>, on this, the <u>11th</u> day of March 20<u>08</u>.

| Signature<br>Eloy S. Inos | Title<br>Secretary of Finance |
|---|---|

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

VS.

SABLAN CONSTRUCTION COMPANY, LTD.

## Release of Tax Lien

LOT 18 L 07
LOT 18 L 02
LOT 041 L 04

Filed this _____ day of _____, 20 _____

_____, and proper entry made in _____ Book No. _____, page _____

On this __11th__ day of __March__, 20 _08_, before me a Notary Public of the CNMI, personally appeared the above-signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

My Commission Expires:

FRANCES T. ADA
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 9/12/08
P.O. Box 503881
Saipan, MP 96950-3881